PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Jordan Meredith                                                                 Docket No.   1:22CR00144-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Alexis Garza                                              , pretrial services/probation officer, presenting an
official report upon the conduct of defendant      Jordan Meredith                                                            ,
who was placed under pretrial release supervision by the   Honorable Susan Hightower, U.S Magistrate Judge    ,
sitting in the court at   Austin, Texas                                           on the 13th   date of July          , 2022
under the following conditions:

> Condition #1: The defendant must not violate federal, state, or local law while on release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On December 30, 2022, the defendant was arrested by the Honolulu Police Department for Operating a Vehicle Under the Influence of an Intoxicant. On January 2, 2023, the defendant self-reported via text message to U.S. Probation Officer, David Kahunahana with the District of Hawaii - Honolulu Division, she was in a car accident and was arrested for Operating a Vehicle Under the Influence of an Intoxicant. On January 5, 2023, the defendant communicated via telephone with USPO Kahunahana, advising she had consumed alcohol at a party prior to the arrest.
>
> On or about January 6, 2023, the defendant entered a detox program, Addiction Treatment Services (ATS), through The Salvation Army in Honolulu, Hawaii, and was successfully discharged on January 13, 2023. The defendant is currently awaiting acceptance into a residential treatment program, Women's Way. If accepted, she will be allowed to have her infant child with her while participating in the program.
>
> AUSA Gabriel Cohen, the defendant, and defense counsel, Jon Evans, are in agreement with the recommendations below.
>
> The defendant is scheduled to appear at a Docket Call on June 6, 2023 and Jury Selection and Trial on June 12, 2023 before the Honorable Robert Pitman, U.S. District Court Judge.

PRAYING THAT THE COURT WILL ORDER  that condition of release be modified to include condition #7(L): not use alcohol at all and condition #7(O): participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

PS 8
(Rev. 12/04)

Page 2

Jordan Meredith
Case #1:22CR00144-1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/27/2023

### ORDER OF COURT

Considered and ordered this ___31st___ day of

___January___ , ___2023___ and ordered filed

and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

Susan Hightower

_____
U.S. Pretrial Services Officer       Phone Number       | +1 (512) 917-4353 |

_____
Supervisory
U.S. Pretrial Services Officer       Phone Number       | +1 (210) 818-7861 |

Place       U.S Pretrial Services
501 W. 5th Street, Suite 3200
Austin, Texas 78701